UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANTOINE SMITH,                          :
                                        :
                Plaintiff,              :        08 Civ. 10437 (JSR)
                                        :
        -v-                             :        ORDER
                                        :
"JOHN DOE," [identified on 10/13/09     :
as] DENBROOK HOLMES, [deceased]         :
Correctional Officer for Bronx          :
Criminal Court, sued in his official    :
and individual capacities,              :
                                        :
                Defendant.              :
------------------------------------- x

USDC S! ꞏY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-10

JED S. RAKOFF, U.S.D.J.

        On January 25, 2010, the Honorable Douglas F. Eaton, United

States Magistrate Judge, issued a Report and Recommendation ("Report")

in the above-captioned matter recommending that the Court dismiss the

case pursuant to Fed. R. Civ. P. 25(a)(1), as the deadline has passed

for plaintiff to make a motion to substitute another defendant in place

of the deceased Officer Holmes.

        Plaintiff has failed to file any objection to the Report, and,

for that reason alone, has waived any right to review by this Court.

See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food

Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002).  Accordingly, the

Court hereby adopts the Report, and, for the reasons therein, dismisses

the case with prejudice.  Clerk to enter judgment.

        SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        April 6, 2010